IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY GRENIER,                          No. C-08-4757 TEH (PR)

        Plaintiff,

    v.

ARNOLD SCHWARZENNEGER,                    ORDER OF DISMISSAL

        Defendant.
_____/

This civil rights action by a prisoner was transferred to this Court from the United States District Court for the Eastern District of California on October 16, 2008.  Shortly thereafter, the court notified Plaintiff in writing that the action was deficient because Plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

1        Approximately five months have elapsed since Plaintiff was
2 notified of his filing deficiency; however, Plaintiff has not
3 provided the court with the requisite items, or sought an extension
4 of time to do so.  The action, therefore, is DISMISSED without
5 prejudice.
6        The clerk shall close the file and terminate all pending
7 motions as moot.

9        IT IS SO ORDERED.

11 DATED   03/30/09       */s/ Thelton Henderson*
                                 THELTON E. HENDERSON
12                                  United States District Judge

26 G:\PRO-SE\TEH\CR.08\Grenier-08-4757-dismissal.wpd